The People of the State of Illinois, Plaintiff-Appellee, v. Kenneth Freeman, Defendant-Appellant.

(No. 55693; )

First District—April 17, 1972.

Opinion by Mr. JUSTICE LYONS.

Thomas J. Grippando, of Chicago, (Richard J. Aronson, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Michael R. Epton, Assistant State's Attorneys, of counsel,) for the People.